```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINEEA R. BUTLER,

               **PLAINTIFF,**

-V-

VIACOM INTERNATIONAL, ET AL

               **DEFENDANTS.**

Case No. 08-CV-0557(RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

This action has been assigned to my docket.

IT IS HEREBY ORDERED that, by **4pm on July 31**, the Plaintiff shall submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;
(2) A brief description of all outstanding motions and/or outstanding requests to file motions; if applicable.
(3) A list of all existing deadlines and any upcoming conferences that were previously scheduled; if applicable.
(4) A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;
(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;
(6) The estimated length of trial;
(7) Any other information that you believe may assist this Court in resolving this action.

The status letter submitted to the Court pursuant to this Order should be e-mailed directly to my case manager in chambers, at the following e mail address- **eileen_levine@nysd.uscourts.gov** or mailed to my chambers at the following address- United States District Court, 500 Pearl Street, New York, New York 10007. Do not file thru ECF. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.
DATED:
New York, New York  July 7, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE